# UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF WASHINGTON**
OFFICE OF THE CLERK

WILLIAM McCOOL  
CLERK

UNITED STATES COURTHOUSE  
700 STEWART ST, SUITE 2310  
SEATTLE, WASHINGTON 98101

August 29, 2011

To: Laurence M. Rosen and Phillip Kim  
Re: Mills v. L&L Energy, Inc.  - C11-1423 RSL

The above case has been opened in the United States District Court of Western Washington. It will be necessary for you to apply for Pro Hac Vice admission in this case. The fee is $150.00 per attorney per case.  The application may be e-filed for you by local counsel.
In addition, the Western District of Washington uses a case management/electronic case filing system (CM/ECF) and filing electronically is mandatory.  Please take a moment to download the registration form from our web site. (www.wawd.uscourts.gov)  This will allow you to file electronically, as well as be served electronically via e-mail.  E-filing procedures are available there as well.  We also offer a two-hour hands-on training class in e-filing.  If you have any questions about admission, e-filing, or to register for training, please call the ECF Help Desk at 1-866-323-9293.

Thank you,  
Melody Byrd  
Clerk's Office  
U.S. District Court