UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: L&L ENERGY, INC. SECURITIES LITIGATION | Case No. C11-1423RSL<br><br>ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME |

This matter comes before the Court on Defendants' "Motion for Enlargement of Time to File Reply in Support of Motion to Dismiss" (Dkt. # 52). They request a three-week extension to allow them time to obtain original copies of reports at the heart of the parties' dispute and whose authenticity Plaintiff questions. The Court GRANTS the request.

Ordinarily, the Court would consider a request like Defendants' with great disfavor. Local Rule 7(d)(3) provides a definitive schedule for the filing of a response and a reply to a dispositive motion like Defendants'. It requires the moving party to file its reply no later than the noting date—four days after the non-moving party's deadline for filing a response. LR 7(d)(3). That said, Defendants have demonstrated sufficient good cause in this case to warrant an extension. Fed. R. Civ. P. 6(b)(1). Plaintiff has raised substantial questions regarding both Defendants' documents and their actions and these questions cannot be adequately answered in the time allotted. And equally important to the Court is the fact that Defendants have themselves previously allowed Plaintiff several extensions, including an additional two-week extension to file his

ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME - 1

1 opposition to this motion. Dkt. # 35. As Plaintiff had 10 weeks to prepare his
2 opposition, the Court sees no reason for denying Defendants the extension they seek
3 given the good cause demonstrated.

For all of the foregoing reasons, the Court GRANTS Defendants' motion and directs the Clerk of Court to re-note their motion to dismiss (Dkt. # 37) to August 31, 2012.

Dated this 13th day of August, 2012.

*MRT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME - 2