THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re: L&L ENERGY, INC. SECURITIES LITIGATION

No. C11-1423-RSL

**JOINT STATUS REPORT RE MEDIATION/SETTLEMENT**

Pursuant to the March 16, 2014 Joint Stipulation and Order for Temporary Stay Pending Settlement Efforts, the parties are pleased to inform the Court that the parties reached a settlement at the mediation held on May 6, 2014.

The parties are currently working through certain logistical issues concerning the five additional actions pending against Defendants in various courts and which arise out of similar facts. The settlement requires that this action be transferred to the U.S. District Court for the Southern District of New York, and consolidated with a related consolidated class action, so that both actions can be globally settled by one Court. Given the complexities involved, the parties need time to work on documenting the terms of the settlement and prepare the necessary settlement papers, including a stipulation and proposed order transferring this action the U.S. District Court for the Southern District of New York. The parties anticipate submitting the stipulation and proposed order to transfer this action on or before May 31, 2014.

JOINT STATUS REPORT RE MEDIATION/ SETTLEMENT - 1
No. C11-1423-RSL
126372.0001/6018126.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1  DATED: May 15, 2014

2                                          THE ROSEN LAW FIRM, P.A.

3

4                                          By  s/Philip Kim (email approval)
                                              Philip Kim, Esq. (*pro hac vice*)
                                              Laurence M. Rosen, Esq. (*pro hac vice*)
5                                          Lead Counsel for Plaintiff and Class
                                           SMITH & LOWNEY, PLLC
6                                          Richard A. Smith, WSBA No. 21788
                                           Knoll Lowney, WSBA No. 23457
7
                                           Liaison Counsel for Plaintiff and Class
8

9                                          LANE POWELL PC

10

11                                         By  s/Larry S. Gangnes
                                              Larry S. Gangnes, WSBA No. 08118
12                                            Douglas W. Greene, WSBA No. 22844
                                              Ryan McBride, WSBA No. 33280
13                                            Claire Loeb Davis, WSBA No. 39812
                                           Counsel for Defendants
14

15

16

17

18

19

20

21

22

23

24

25

26

27

JOINT STATUS REPORT RE MEDIATION/
SETTLEMENT - 2
No. C11-1423-RSL

126372.0001/6018126.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

## CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 15th day of May, 2014, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Phillip Kim, Esq.
Laurence M. Rosen, Esq.
The Rosen Law Firm, P.A.
275 Madison Ave., 34th Floor
New York, New York 10016
pkim@rosenlegal.com
lrosen@rosenlegal.com

Richard Adam Smith, Esq.
Knoll Lowney, Esq.
Smith & Lowney, P.L.L.C.
2317 E John Street
Seattle, WA 98112-5412
rasmithwa@igc.org
knoll@igc.org

Executed on the 15th day of May, 2014, at Seattle, Washington.

*s/Larry S. Gangnes*
Signature of Attorney
WSBA No. 08118
Typed Name: Larry S. Gangnes
Address: 1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
Fax: 206.223.7107
E-mail: gangnesl@lanepowell.com
Attorney(s) For: Defendants

JOINT STATUS REPORT RE MEDIATION/
SETTLEMENT - 3
No. C11-1423-RSL

126372.0001/6018126.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107