THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: L&L ENERGY, INC. SECURITIES LITIGATION

No. C11-1423-RSL

**STIPULATION AND ORDER TRANSFERRING ACTION FOR PURPOSES OF SETTLEMENT**

## STIPULATION

The parties, through their undersigned counsel, stipulate as follows:

1. On August 26, 2011, plaintiff Jeff Mills filed this proposed securities class action against L&L Energy, Inc. ("L&L"), Dickson V. Lee, Ian G. Robinson and Jung Mei Wang (who has not been served or represented in this action) alleging a class period of August 13, 2009 – August 2, 2011 ("*Mills* Action").

2. On September 23, 2013, plaintiff Ron Buker filed a proposed securities class action in the United States District Court for the Southern District of New York against L&L, Dickson V. Lee, Ian G. Robinson, and Clayton Fong alleging a class period of September 11, 2012 through September 18, 2013, Case No. 1:13-cv-06704-RA ("*Buker* Action").

3. The *Mills* Action and the *Buker* Action contain common and overlapping allegations and assert a similar theory of securities fraud. In particular, both actions allege that

STIPULATION AND ORDER TRANSFERRING
ACTION FOR PURPOSES OF SETTLEMENT - 1
No. C11-1423-RSL

126372.0001/5953446.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

L&L falsely represented its ownership of certain mining assets and overstated its revenue and earnings.

4. On May 6, 2014, plaintiffs and defendants engaged in mediation with Judge Layn R. Phillips (ret.), and reached a settlement of the *Mills* Action and the *Buker* Action.

5. As part of the settlement, the plaintiffs in the *Mills* Action and the *Buker* Action agreed to consolidate their cases within the *Buker* Action, in which the lead plaintiff has not yet filed a consolidated complaint under the Private Securities Litigation Reform Act of 1995.

6. To accomplish consolidation, the plaintiffs in the *Mills* Action have agreed to transfer the *Mills* Action to the United States District Court for the Southern District of New York under 28 U.S.C. § 1404(a), subject to approval by the Court.

7. Pursuant to the terms of the settlement, the consolidated complaint will assert a comprehensive class period, spanning the period August 13, 2009, the beginning of the class period alleged in the *Mills* Action, through September 18, 2013, the close of the class period alleged in the *Buker* Action, when the consolidated complaint will contend that the fraud alleged in both actions was finally revealed.

8. Therefore, the parties below stipulate and agree, subject to approval by the Court, that the above-captioned action should be transferred to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a), and request that the Court enter the order below.

DATED: May 28, 2014

          THE ROSEN LAW FIRM, P.A.


          By  *s/ Phillip Kim*
             Phillip Kim, Esq. (*pro hac vice*)
             Laurence M. Rosen, Esq. (*pro hac vice*)
          Lead Counsel for Plaintiff and Class

STIPULATION AND ORDER TRANSFERRING
ACTION FOR PURPOSES OF SETTLEMENT - 2
No. C11-1423-RSL

126372.0001/5953446.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

| | |
|---|---|
| 1 | SMITH & LOWNEY, PLLC |
| | Richard A. Smith, WSBA No. 21788 |
| 2 | Knoll Lowney, WSBA No. 23457 |
| 3 | Liaison Counsel for Plaintiff and Class |
| 4 | |
| | LANE POWELL PC |
| 5 | |
| 6 | |
| | By  *s/ Douglas W. Greene* |
| 7 | Larry S. Gangnes, WSBA No. 08118 |
| | Douglas W. Greene, WSBA No. 22844 |
| 8 | Ryan McBride, WSBA No. 33280 |
| | Counsel for Defendants L&L Energy and Ian G. |
| 9 | Robinson |
| 10 | |
| | AOKI LAW PLLC |
| 11 | |
| 12 | |
| | By  */s Russell M. Aoki* |
| | Russell M. Aoki, WSBA No. 15717 |
| 13 | Counsel for Defendant Dickson V. Lee |
| 14 | |
| | GIBSON DUNN |
| 15 | Douglas Fuchs |
| | 333 South Grand Avenue |
| 16 | Los Angeles, CA  90071-3197 |
| | Phone: 213-229-7000 |
| 17 | Fax:  213-229-7520 |
| | Email:  dfuchs@gibsondunn.com |
| 18 | *Pro Hac Vice forthcoming* |
| | Counsel for Defendant Dickson V. Lee |

STIPULATION AND ORDER TRANSFERRING
ACTION FOR PURPOSES OF SETTLEMENT - 3
No. C11-1423-RSL

126372.0001/5953446.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

# **ORDER**

IT IS SO ORDERED.

Dated this 29th day of May, 2014.

_/s/ Robert S. Lasnik_
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

THE ROSEN LAW FIRM, P.A.
By *s/ Phillip Kim*
Phillip Kim, Esq. (*pro hac vice*)
Laurence M. Rosen, Esq. (*pro hac vice*)
Lead Counsel for Plaintiff and Class


SMITH & LOWNEY, PLLC
Richard A. Smith, WSBA No. 21788
Knoll Lowney, WSBA No. 23457
Liaison Counsel for Plaintiff and Class


LANE POWELL pc
By *s/ Douglas W. Greene*
Larry S. Gangnes, WSBA No. 08118
Douglas W. Greene, WSBA No. 22844
Ryan McBride, WSBA No. 33280
Counsel for Defendants L&L Energy
and Ian G. Robinson


AOKI LAW PLLC
By s/ *Russell M. Aoki*
Russell M. Aoki, WSBA No. 15717
Counsel for Defendant Dickson V. Lee

GIBSON DUNN
Douglas Fuchs
333 South Grand Avenue
Los Angeles, CA 90071-3197
Phone: 213-229-7000
Fax: 213-229-7520
Email: dfuchs@gibsondunn.com
*Pro Hac Vice forthcoming*
Counsel for Defendant Dickson V. Lee

STIPULATION AND ORDER TRANSFERRING
ACTION FOR PURPOSES OF SETTLEMENT - 4
No. C11-1423-RSL

126372.0001/5953446.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107